**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ANGELA DIPAOLO

v.

UPMC MAGEE WOMEN'S HOSPITAL
(WORKERS' COMPENSATION APPEAL
BOARD)

PETITION OF: ANGELA DIPAOLO

:    No. 191 WAL 2022
:
:
:    Petition for Allowance of Appeal
:    from the Order of the
:    Commonwealth Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2023, the Petition for Allowance of Appeal is **DENIED**. The Petition *Nunc Pro Tunc* to Permit Filing in Support of Petition for Allowance of Appeal is also **DENIED**.